PAUL T. FRIEDMAN (CA SBN 98381)
PFriedman@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
RBorenstein@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

**MADE JS-6**

GREGORY B. KOLTUN (CA SBN 130454)
GKoltun@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth St., Suite 3500
Los Angeles, California  90013
Telephone: 213.892.5551
Facsimile: 213.892.5454

Attorneys for Defendants
UNITED PARCEL SERVICE, INC.,
UNITED PARCEL SERVICE GENERAL SERVICES CO.
AND UNITED PARCEL SERVICE CO.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| IN RE:  UNITED PARCEL SERVICE "AIR-IN-GROUND" MARKETING AND SALES PRACTICES LITIGATION | **MDL NO. 2153**<br><br>CASE NO. 10-ML-02153-GW(PJWx) |
| **This Document Relates to:**<br><br>2:10-CV-00733-GW(PJWx) Designer Imports International, Inc. v. United Parcel Service, Inc., et al<br><br>**2:10-CV-00734-GW(PJWx)** Pocino Foods Company et al v. United Parcel Service, Inc. et al<br><br>2:10-CV-04350-GW(PJWx) Arapahoe Hyundai, LLC v. United Parcel Service, Inc. et al<br><br>2:10-CV-04352-GW(PJWx) Owens Financial Group, Inc. v. United Parcel Service, Inc., et al | **JUDGMENT AS TO PLAINTIFFS DESIGNER IMPORTS INTERNATIONAL, POCINO FOODS, ARAPAHOE HYUNDAI, AND OWENS FINANCIAL GROUP** |

On July 11, 2011 and July 28, 2011, the motion of United Parcel Service, Inc., United Parcel Service General Services Co. and United Parcel Service Co. ("Defendants") to dismiss the Third Amended Consolidated Class Action Complaint of Plaintiffs Arapahoe Hyundai, LLC, Designer Imports International, Inc., Owens Financial Group, Inc., and Pocino Foods Company ("Plaintiffs") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure came on for hearing.  The Court heard extensive oral argument after reviewing all briefs and other submissions of the parties.

On July 11, 2011, the Court issued a Tentative Ruling in favor of Defendants, heard arguments from Plaintiffs and Defendants, and took the matter under submission.

On July 28, 2011, the Court issued an Order granting Defendants' motion and dismissing the Third Amended Consolidated Class Action Complaint without leave to amend on the ground that it fails to state a claim on which relief may be granted, for the reasons stated in the Court's Order.  In accordance with the Order granting Defendants' motion,

IT IS HEREBY ADJUDGED that:

1. Designer Imports International, Inc. v. United Parcel Service, Inc., et al., Case No. 2:10-CV-00733-GW-PJW, is dismissed on its merits, with prejudice;

2. Pocino Foods Company et al v. United Parcel Service, Inc. et al., Case No. 2:10-CV-00734-GW-PJW, is dismissed on its merits, with prejudice;

3. Arapahoe Hyundai, LLC v. United Parcel Service, Inc. et al., Case No. 2:10-CV-04350-GW-PJW, is dismissed on its merits, with prejudice;

4. Owens Financial Group, Inc. v. United Parcel Service, Inc., et al., Case No. 2:10-CV-04352-GW-PJW, is dismissed on its merits, with prejudice; and

1      5.     Plaintiffs shall take nothing by way of their Third Amended Consolidated Class Action Complaint in this action, which is dismissed without leave to amend.

**IT IS SO ORDERED.**

DATED: August 4, 2011         By _/s/ George H. Wu_

                                                          Hon. George H. Wu
                                                          United States District Judge

la-1134842